**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr-196-CEM-RMN
18 U.S.C. § 1001(a)

ISLAM DOCI
a/k/a Islam Doqi

File Under Seal

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
(False Statement to a Federal Agency - 18 U.S.C. § 1001(a))

### A. Introduction

At times material to this Indictment:

1. The Islamic State of Iraq and al-Sham ("ISIS") was designated by the United States Secretary of State as a Foreign Terrorist Organization ("FTO") pursuant to Section 219 of the Immigration and Nationality Act.

### B. The Crime

2. On or about January 25, 2022, in the Middle District of Florida, the defendant,

**ISLAM DOCI**
**a/k/a Islam Doqi**,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Special Agent and Task Force Officer of the

Federal Bureau of Investigation, in a matter involving international terrorism and within the jurisdiction of the executive branch of the Government of the United States, that is, when asked by the federal law-enforcement officers, "You have no clue who that is?" in reference to an individual with initials "J.N.," the defendant responded, "No. J.N. No. It's no."

3.  This statement was false, as the defendant then and there well knew that he had communicated with J.N. regularly between 2017 and 2022 and had, in or around November 2017, expressed his support for ISIS in discussions with J.N., including discussions about sending money to support the families of ISIS fighters.

In violation of 18 U.S.C. § 1001(a).

## COUNT TWO
### (False Statement to a Federal Agency - 18 U.S.C. § 1001(a))

1.  Paragraph 1 of Count One of this Indictment is incorporated by reference as if set forth fully herein.

2.  On or about January 25, 2022, in the Middle District of Florida, the defendant,

**ISLAM DOCI**
**a/k/a Islam Doqi,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Special Agent and Task Force Officer of the Federal Bureau of Investigation, in a matter involving

international terrorism and within the jurisdiction of the executive branch of the Government of the United States, that is, when the federal law-enforcement officers asked the defendant whether he had "ever provided guidance to other people on how to send money overseas," the defendant responded, "No, no, no."

3. This statement was false, as the defendant then and there well knew that he had engaged in discussions with individuals online, in or around November 2017 and in or around December 2018, about how to send money overseas, including the safest method to send money overseas, and what name to use when sending money overseas.

In violation of 18 U.S.C. § 1001(a).

## COUNT THREE
### (False Statement to a Federal Agency - 18 U.S.C. § 1001(a))

1. Paragraph 1 of Count One of this Indictment is incorporated by reference as if set forth fully herein.

2. On or about January 25, 2022, in the Middle District of Florida, the defendant,

### ISLAM DOCI
#### a/k/a Islam Doqi,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Special Agent and Task Force Officer of the Federal Bureau of Investigation, in a matter involving international terrorism

3

within the jurisdiction of the executive branch of the Government of the United States, that is, when the federal law-enforcement officers asked the defendant if he had been in Facebook groups, he responded, "No, no."

3. This statement was false, as the defendant then and there well knew that he had been a member of a private Facebook group named "ISIS (Islamic State open Law Shariah)," and had become an administrator for that group on or about October 13, 2019.

In violation of 18 U.S.C. § 1001(a).

## COUNT FOUR
### (False Statement to a Federal Agency - 18 U.S.C. § 1001(a))

1. Paragraph 1 of Count One of this Indictment is incorporated by reference as if set forth fully herein.

2. On or about January 25, 2022, in the Middle District of Florida, the defendant,

### ISLAM DOCI
### a/k/a Islam Doqi,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Special Agent and Task Force Officer of the Federal Bureau of Investigation, in a matter involving international terrorism and within the jurisdiction of the executive branch of the Government of the United States, that is, when the federal law-enforcement officers asked the defendant if he supported ISIS or al-Qaeda, the defendant responded, "No. Support what? Support people that they kill innocent people? No, no, no, no, that's

not gonna happen."

3.  This statement was false, as the defendant then and there well knew that he had supported ISIS beginning no later than in or around 2017 and continuing through at least in or around 2019 by sending money overseas to help the families of ISIS fighters, by spreading ISIS propaganda online, by participating in online pro-ISIS groups, and by encouraging others to support ISIS by sending money and fighting.

In violation of 18 U.S.C. § 1001(a).

A TRUE BILL.

Foreperson

ROGER B. HANDBERG
United States Attorney

By: Kara M. Wick
Assistant United States Attorney

By: Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

By: for Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ISLAM DOCI
a/k/a Islam Doqi

## INDICTMENT

Violations:

18 U.S.C. § 1001(a)

A true bill.

_____
Foreperson

Filed in open court this 11th day of October, 2023.

_Tiffany Palmer_
Clerk

Bail  $ _____

GPO 863 525