# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:23-cr-196-CEM-RMN |
| ISLAM DOCI | ) | |
| a/k/a Islam Doqi | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ISLAM DOCI a/k/a Islam Doqi

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False Statement to a Federal Agency, in violation of 18 U.S.C. § 1001(a).

Date: 10/12/2023

*Issuing officer's signature*

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court

*Printed name and title*

### Return

This warrant was received on *(date)* 10-12-23, and the person was arrested on *(date)* 10-12-23
at *(city and state)* Orlando, FL

Date: 10-13-23

*Arresting officer's signature*

Special Agent Joanna Bailey
*Printed name and title*