UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **Case No: 6:23-cr-196-CEM-RMN**

**ISLAM DOCI**

_____

AUSA: Kara Wick

Defense Attorney: Russell Rosenthal, FPD

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **October 15, 2024** 2:56 P.M. – 3:16 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@outlook.com |
| INTERPRETER: | Juliana Marini (Albanian) | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 20 Minutes | | |

**CLERK'S MINUTES**
**CHANGE OF PLEA**

Case called. Appearances made by counsel.  Interpreter placed under oath.  Defendant placed under oath.

Court inquired with defendant and advised of rights.

Defendant proffered a plea of guilty to Count Three of the Indictment. The Court accepts the plea and defendant is adjudicated guilty.

Sentencing set for January 9, 2025 at 10:00 A.M.

Defendant remains on conditions of release pending sentencing.

Court is adjourned.