UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:23-cr-196-CEM-RMN

**ISLAM DOCI**

AUSA: Kara Wick

Defense Attorney: Russell Rosenthal, FPD

| JUDGE: | **CARLOS E. MENDOZA**<br><br>United States District Judge | DATE AND TIME: | **September 24, 2025**<br>1:38 P.M. – 3:25 P.M.<br>3:36 P.M. – 4:26 P.M.<br>4:36 P.M. – 4:42 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | Juliana Marini and Dominique Marini | PRETRIAL/PROB: | Edward Modeste |
| TOTAL TIME | 2 Hours, 43 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING - CONTESTED**

Case called.  Appearances made by counsel.  Interpreters placed under oath.  Defendant placed under oath.

Defendant is adjudged guilty as to Count Three of the Indictment.

Government witness, Joui Massif, sworn and testified.  Direct examination of Mr. Massif conducted by Ms. Wick.

Cross-examination of Mr. Massif conducted by Mr. Rosenthal.

Redirect examination of Mr. Massif conducted by Ms. Wick.

Court is in brief recess.

Court resumes.

**IMPRISONMENT**: 72 MONTHS.

    The Court makes the following recommendation to the Bureau of Prisons:
1. Defendant be placed at USP Coleman, or as close as possible, for familial proximity.

**SUPERVISED RELEASE**: 3 YEARS.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Submit to Search
- No Contact with Foreign Terrorist Organization
- Restriction re Foreign Terrorist Materials
- Collection of DNA

**RESTITUTION**: N/A.

**FINE**: Waived.

**SPECIAL ASSESSMENT**: $100.00, due immediately.

Plea agreement is accepted.

**DISMISSAL:** In accordance with the plea agreement, it is ORDERED that Counts One, Two, and Four of the Indictment are DISMISSED.

Court is in brief recess.

Court resumes.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.